No. 60340.—H. S. Import Co., Inc. v. United States, protest 248691–K (New York).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of opaque white glass stones of different sizes and shapes, faceted, similar in all material respects to those the subject of Abstract 59105, the claim of the plaintiff was sustained.

No. 60341.—F. B. Vandegrift & Co. v. United States, protests 192549–K, 192550–K, and 192551–K (Philadelphia).

Opinion by Wilson, J. In accordance with stipulation of counsel that the merchandise consists of thread waste of wool threads and threads, which are a combination wool and cotton, wool and rayon, or all cotton, the same in all material respects as those the subject of Abstract 59622, the claim of the plaintiff was sustained.